Hon. Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KENDALL ALSTON,<br><br>                Defendant. | No. 2:22-CR-00066-LK<br><br>ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 12-member jury in the above-entitled action which was in deliberation on August 11, 2022.

DATED this 11th day of August 2022.

_____
United States District Judge

ORDER RE: JUROR LUNCHES – 1