UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br><br>KENDALL ALSTON,<br><br>                Defendant. | CASE NO. 22-CR-00066<br><br>PRELIMINARY ORDER OF FORFEITURE |

This matter comes before the Court on the Government's Motion for Preliminary Order of Forfeiture, Dkt. No. 132, seeking to forfeit, to the United States, Defendant Kendall Alston's interest in the following property (the "Subject Property"):

- Taurus 85 U: .38 Special Revolver, bearing serial number JY87027, and any associated ammunition.

The Court, having reviewed the Government's motion, as well as the other papers and pleadings filed in this matter, hereby finds that entry of a Preliminary Order of Forfeiture is appropriate for the following reasons:

PRELIMINARY ORDER OF FORFEITURE - 1

- The Subject Property is forfeitable pursuant to 18 U.S.C. § 924(d)(1) by way of 28 U.S.C. § 2461(c), as property involved in Mr. Alston's Unlawful Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), as charged in Count 5 of the Indictment. Dkt. No. 14 at 3.
- On August 11, 2022, Mr. Alston pleaded guilty to the offense charged in Count 5. Dkt. No. 118.

Now, therefore, the Court ORDERS the following:

(1) Pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and Mr. Alston's guilty plea to the offense charged in Count 5 of the Indictment, Mr. Alston's interest in the Subject Property is fully and finally forfeited, in its entirety, to the United States;

(2) Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)–(B), this Preliminary Order of Forfeiture will be final as to Mr. Alston at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

(3) The United States Department of Justice, Drug Enforcement Administration, and/or its authorized agents or representatives, shall maintain the Subject Property in their custody and control until further order of the Court;

(4) Pursuant to Federal Rule of Criminal Procedure 32.2(b)(6), the United States shall publish notice of this Preliminary Order of Forfeiture and its intent to dispose of the Subject Property as permitted by governing law. The notice shall be posted on an official government website—currently www.forfeiture.gov—for at least thirty (30) days. For any person known to have alleged an interest in the property, the United States shall, to the extent possible, provide direct written notice to that person. The notice shall state that any person, other than Mr. Alston, who has or claims a legal interest in the Subject Property must file a petition with the Court within sixty (60) days

PRELIMINARY ORDER OF FORFEITURE - 2

of the first day of publication of the notice (which is thirty (30) days from the last day of publication), or within thirty (30) days of receipt of direct written notice, whichever is earlier. The notice shall advise all interested persons that the petition:

    a. shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property;

    b. shall be signed by the petitioner under penalty of perjury; and

    c. shall set forth the nature and extent of the petitioner's right, title, or interest in the property, as well as any facts supporting the petitioner's claim and the specific relief sought;

(5) If no third-party petition is filed within the allowable time period, the United States shall have clear title to the property, and this Preliminary Order of Forfeiture shall become the Final Order of Forfeiture as provided in Federal Rule of Criminal Procedure 32.2(c)(2);

(6) If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues it presents, discovery may be conducted in accordance with the Federal Rules of Civil Procedure before any hearing on the petition is held. Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture, pursuant to Federal Rule of Criminal Procedure 32.2(c)(2), reflecting that adjudication; and

(7) The Court will retain jurisdiction for the purpose of enforcing this Preliminary Order of Forfeiture, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary Order of Forfeiture or Final Order of

//

//

PRELIMINARY ORDER OF FORFEITURE - 3

Forfeiture as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Dated this 17th day of February, 2023.

Lauren King
United States District Judge

PRELIMINARY ORDER OF FORFEITURE - 4