UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KENDALL ALSTON,<br><br>　　　　　　Defendant. | CASE NO. 2:22-cr-00066-LK<br><br>FINAL ORDER OF FORFEITURE |

　　　　This matter comes before the Court on the Government's Motion for a Final Order of Forfeiture, Dkt. No. 163, seeking to forfeit Defendant Kendall Alston's interest in the following property (the "Subject Property") to the United States:

- a Taurus 85 UL .38 Special Revolver, bearing serial number JY87027, and any associated ammunition.

　　　　The Court, having reviewed the Government's Motion, as well as the other papers and pleadings filed in this matter, hereby finds that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- Mr. Alston was sentenced on February 22, 2023, Dkt. Nos. 141–42.

FINAL ORDER OF FORFEITURE - 1

- On March 23, 2023, the Court entered an Amended Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1) by way of 28 U.S.C. § 2461(c), as property involved in Mr. Alston's Unlawful Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), as charged in Count 5 of the Indictment, Dkt. No. 14 at 3, and forfeiting Mr. Alston's interest in it, Dkt. No. 148; *see also* Dkt. No. 140 (original February 17, 2023 Preliminary Order of Forfeiture);

- The Government published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(A)–(C), Dkt. No. 161;

- In compliance with Federal Rule of Criminal Procedure 32.2(b)(6)(A), (D) and 21 U.S.C. § 853(n)(1), the Government reviewed the underlying investigative material, identified one potential claimant to the Subject Property, and sent notice to the potential claimant on or about April 19, 2024 at two addresses identified through a search of public records, Dkt. No. 164 at 1, 3–4; however, both notice letters were returned to sender, *id.* at 1, 7, 11;

- The time for filing third-party claims has expired and none were filed.

Now, therefore, the Court ORDERS the following:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

//
//
//
//

FINAL ORDER OF FORFEITURE - 2

3. The United States Department of Justice, Drug Enforcement Administration, and/or their representatives are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

Dated this 31st day of May, 2024.

*Lauren King*
Lauren King
United States District Judge

FINAL ORDER OF FORFEITURE - 3